## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Oscar D. Torres, on behalf of himself and all others similarly situated

**Plaintiff**

Case No.: 1:21-cv-00306-RCL

vs.

Thomas W. Harker, et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Class Action Complaint for Declaratory and Injunctive Relief with Exhibits; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending In This or Any Other United States Court; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; and Notice of Right to Consent to Trial Before a United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 02/09/2021 at 2:36 PM, I served Civil Process Clerk, United States Attorney's Office at 501 3rd Street, NW, Washington, DC 20001 with the Summons; Class Action Complaint for Declaratory and Injunctive Relief with Exhibits; Civil Cover Sheet; Notice of Designation of Related Civil Cases Pending In This or Any Other United States Court; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; and Notice of Right to Consent to Trial Before a United States Magistrate Judge by serving Milton Pettos, Agent, authorized to accept service on behalf of the United States Attorney for the District of Columbia, authorized to accept service.

Milton Pettos is described herein as:

Gender: Male   Race/Skin: Black   Age: 48   Weight: 210   Height: 6'0"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

2/11/21
Executed On

Ambiko Wallace

Client Ref Number: N/A
Job #: 1586310

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| OSCAR D. TORRES, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>THOMAS W. HARKER, UNITED STATES SECRETARY OF THE NAVY (ACTING), UNITED STATES OF AMERICA, in his official capacity,<br><br>*Defendant(s)* | Civil Action No. 21-cv-00306-RCL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Barak Cohen
Donald J. Friedman
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C.  20005-3960
Phone:  202.654.6200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  2/8/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*