UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OSCAR D. TORRES**, *on behalf of himself and all others similarly situated*,

    *Plaintiff,*

v.

**THOMAS W. HARKER**, Acting Secretary of the U.S. Navy,

    *Defendant.*

Case No. 1:21-cv-306-RCL

## ORDER

Actions for review on an administrative record are exempt from typical scheduling orders. LCvR 16.3(b)(1). Therefore, within fifteen days, the parties shall meet and confer and shall submit a joint report proposing a schedule for briefing dispositive motions and for filing the administrative record.

**IT IS SO ORDERED.**

Date: 4/27/21

Royce C. Lamberth
United States District Judge