## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TERESA CARTER**, et al.,

    *Plaintiffs,*

**v.**

**THOMAS W. HARKER**, *in his official capacity as Acting Secretary of the U.S. Navy,*

    *Defendant.*

**Case No. 1:20-cv-1702-RCL**

---

**OSCAR D. TORRES**, *on behalf of himself and all others similarly situated,*

    *Plaintiffs,*

**v.**

**THOMAS W. HARKER**, *in his official capacity as Acting Secretary of the U.S. Navy,*

    *Defendant.*

**Case No. 1:21-cv-306-RCL**

### ORDER

    The above-captioned related cases both challenge the U.S. Navy's "Properly Referred Policy" under the Administrative Procedure Act. *Compare* Compl., *Carter* ECF No. 3, *with* Compl., *Torres* ECF No. 1. As the both cases appear to involve common questions of law and fact, consolidation may be appropriate. *See* Fed. R. Civ. P. 42(a).

    Accordingly, the Court directs the parties in both actions to meet and confer about the appropriateness of consolidation and to file a joint report on the docket of each case within thirty days detailing their positions on consolidation.

    **IT IS SO ORDERED.**

Date: ____4/27/21____

Royce C. Lamberth
United States District Judge