# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OSCAR D. TORRES, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:21-cv-306-RCL |
| | : | |
| THOMAS W. HARKER, UNITED STATES SECRETARY OF THE NAVY (ACTING), UNITED STATES OF AMERICA, in his official capacity, | : | |
| | : | |
| Defendant. | : | |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order, Plaintiff Oscar D. Torres ("Plaintiff") and Defendant Acting Secretary Thomas Harker ("Defendant") hereby submit this joint report proposing the below schedule for briefing dispositive motions and for filing the administrative record:

| Event | Proposed Deadline |
|---|---|
| Deadline to file the administrative record | May 21, 2021 |
| Deadline for Plaintiff to file motion for summary judgment. | 45 days after Court rules on Plaintiff's motion for class certification |
| Deadline for Defendant's opposition to Plaintiff's motion for summary judgment, and cross-motion for summary judgment. | 30 days after the deadline for Plaintiff's motion for summary judgment. |
| Deadline for Plaintiff's reply in support of motion for summary judgment, and opposition to Defendant's cross-motion for summary judgment. | 14 days after the deadline for Defendant's opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment. |
| Deadline for Defendant's reply in support of cross-motion for summary judgment. | 14 days after the deadline for Plaintiff's opposition to Defendant's cross-motion for summary judgment. |

Respectfully submitted,

DATED this 12th day of May 2021.

___*s/ Barak Cohen*___

Barak Cohen (DC Bar No. 248945)
Donald J. Friedman (DC Bar No. 413701)
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C.  20005-3960
Phone:  202.654.6200
Fax:     202.654.6211
BCohen@perkinscoie.com
DFriedman@perkinscoie.com

David P. Chiappetta (DC Bar No. 474748)
Maria A. Nugent
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Phone:  415.344.7000
Fax:     415.344.7050
DChiappetta@perkinscoie.com
MNugent@perkinscoie.com

Geoffrey A. Vance
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Phone:  312.324.8400
Fax:     312.324.9400
GVance@perkinscoie.com

Thomas J. Tobin (DC Bar No. 1049101)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:     206.359.9000
TTobin@perkinscoie.com

___*s/ Barton Stichman*___

Barton Stichman (DC Bar No. 218834)
David Sonenshine (DC Bar No. 496138
Rochelle Bobroff (DC Bar No. 420892)
Esther Leibfarth
National Veterans Legal Services Program
1600 K Street, N.W. Suite 500
Washington, DC 20006-2833
Phone: 202.265.8305
Facsimile: 202.223.9199
Bart@nvlsp.org
David@nvlsp.org
Rochelle@nvlsp.org
Esther@nvlsp.org

*Attorneys for Plaintiff Oscar Torres*

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

ANTHONY J. COPPOLINO
Deputy Directory, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

_s/ Andrew E. Carmichael_
ANDREW E. CARMICHAEL
Senior Trial Counsel
Stephen Ehrlich
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
Telephone: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

**_Attorneys for Defendant_**