UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TERESA CARTER, et al.,<br><br>   Plaintiff,<br><br> v.<br><br>THOMAS W. HARKER, UNITED STATES SECRETARY OF THE NAVY (ACTING), UNITED STATES OF AMERICA, in his official capacity,<br><br>   Defendant. | Civil Action No. 1:20-cv-1702-RCL |
| OSCAR D. TORRES, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>THOMAS W. HARKER, UNITED STATES SECRETARY OF THE NAVY (ACTING), UNITED STATES OF AMERICA, in his official capacity,<br><br>   Defendant. | Civil Action No. 1:21-cv-306-RCL |

## **PARTIES' JOINT REPORT**

  Pursuant to the Court's Order of April 27, 2021, directing the parties to meet and confer about the appropriateness of consolidation and to file a joint report detailing their position on consolidation, the parties hereby submit this joint report.

  The parties agree with the Court that that the cases involve common questions of law and fact and that consolidation is appropriate. Both cases challenge the U.S. Navy's "Properly

Referred Policy" under the Administrative Procedures Act. Plaintiffs Teresa M. Carter and Kevin A. Medina seek relief only on their own behalf, whereas Plaintiff Oscar D. Torres seeks relief on behalf of himself and others similarly situated.

Plaintiffs Carter and Medina do not agree to consolidation to the extent any consolidation would delay relief for their individual claims due to the resolution of class issues. However, Plaintiffs Carter and Medina consent to such consolidation on the condition that consolidation includes a carve-out that will permit them to obtain immediate relief without awaiting resolution of any class action issues. Defendants do not understand this position, which seems contrary to fundamental consolidation principles. Carter and Medina are putative class members in the *Torres* class action. And as discussed above, both cases challenge the same policy against the same defendant under the same legal theory. Judicial economy would best be served by first resolving class certification, which if granted would include Carter and Medina, and then resolving the parties' summary judgment motions. Accordingly, Defendants believe that these cases should be consolidated for all purposes.

Respectfully submitted,

DATED this 27th day of May 2021.

*s/ Barak Cohen*
Barak Cohen (DC Bar No. 248945)
Donald J. Friedman (DC Bar No. 413701)
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654.6211
BCohen@perkinscoie.com
DFriedman@perkinscoie.com

David P. Chiappetta (DC Bar No. 474748)
Maria A. Nugent

*s/ Barton Stichman*
Barton Stichman (DC Bar No. 218834)
David Sonenshine (DC Bar No. 496138)
Rochelle Bobroff (DC Bar No. 420892)
Esther Leibfarth
National Veterans Legal Services Program
1600 K Street, N.W. Suite 500
Washington, DC 20006-2833
Phone: 202.265.8305
Facsimile: 202.223.9199
Bart@nvlsp.org
David@nvlsp.org
Rochelle@nvlsp.org

Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax:    415.344.7050
DChiappetta@perkinscoie.com
MNugent@perkinscoie.com

Geoffrey A. Vance
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Phone: 312.324.8400
Fax:    312.324.9400
GVance@perkinscoie.com

Thomas J. Tobin (DC Bar No. 1049101)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax:    206.359.9000
TTobin@perkinscoie.com

*Counsel for Plaintiff Oscar Torres*

/s/ *Ann-Marie Luciano*
Ann-Marie Luciano (DC Bar No. 493260)
1200 19th Street NW
Washington, D.C. 20036
Telephone: (202) 471-3420
Facsimile: (202) 912-4820

Charles J. Jesuit Esq. (PA Bar No. 91163)
(admitted *Pro Hac Vice*)
Stephen S. Kempa, Esq. (PA Bar No. 319143)
(admitted *Pro Hac Vice*)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013
cjesuit@cozen.com
skempa@cozen.com
*Counsel for Plaintiffs*
*Teresa M. Carter and Kevin A. Medina*

Esther@nvlsp.org

*Counsel for Plaintiff Oscar Torres and for Plaintiffs Teresa M. Carter and Kevin A. Medina*

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch


 /s/ Joshua E. Gardner
JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch

Andrew Carmichael
Senior Trial Counsel
Stephen Ehrlich
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11502
Washington, D.C. 20005
Tel: (202) 305-7583
E-mail: Joshua.E.Gardner@usdoj.gov

BRIAN P. HUDAK
Acting Chief, Civil Division
/s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7874
Email: Stephanie.Johnson5@usdoj.gov


*Counsel for Defendant*