AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Oscar Torres on behalf of himself & similarly situated ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-306 |
| Thomas Harker, Secretary of the Navy (Acting) ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oscar Torres, on behalf of himself and all others similarly situated.

Date: 07/23/2021

/s/ Rochelle Bobroff
*Attorney's signature*

Rochelle Bobroff, DC Bar No. 420892
*Printed name and bar number*

Lawyers Serving Warriors™, a project of the
National Veterans Legal Services Program
1600 K Street, NW, Suite 500
Washington, DC 20006-2833
*Address*

Rochelle @nvlsp.org
*E-mail address*

(202) 621-5691
*Telephone number*

(202) 223-9199
*FAX number*