UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR D. TORRES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS DEL TORO, UNITED STATES SECRETARY OF THE NAVY, UNITED STATES OF AMERICA, in his official capacity,<br><br>Defendant. | Civil Action No. 1:21-cv-306 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56 and Local Civil Rule 7(n), Plaintiff Oscar D. Torres hereby moves the Court for an order granting summary judgment in this review of administrative action. The Court has previously certified a class consisting of all veterans of the United States Navy and Marine Corps who claimed conditions in Section II of the joint Department of Defense / Veterans Affairs claim form (VA Form 21-0819) that were not listed on the Navy Medical Department ("NAVMED") Form 6100/1 dated and signed by a convening authority and who did not receive a medical retirement through the Integrated Disability Evaluation System ("IDES"). Under the Department of the Navy's "Properly Referred Policy," challenged in this lawsuit, the boards convened to evaluate a soldiers' military retirement for disability could only consider the fitness of medical conditions: (i) specifically addressed in a Medical Evaluation Board ("MEB") report, narrative summary ("NARSUM"), or Medical Addendum; (ii) supported by a VA disability examination; and (iii) that appear on a single NAVMED Form 6100/1, dated and signed by the authority convening the disability review. *See* Compl. ¶ 61.

154739490.1

NAVMED Form 6100 is a series of documents that includes the Medical Board Report Cover Sheet (NAVMED 6100/1), the Medical Board Statement of Patient (NAVMED 6100/2), the Medical Board Statement of Compliance with Treatment (NAVMED 6100/4) and the Abbreviated Medical Board Report (NAVMED 6100/5) with the medical board report cover sheet. The NAVMED Form 6100, including the Medical Board Report Cover Sheet (NAVMED 6100/1), is filled out by the MEB and transmitted to the Physical Evaluation Board ("PEB") to allow that board to make fitness determinations.

In following the Department's unlawful "Properly Referred Policy," the PEB frequently refused to terminate, suspend, or reschedule cases where Sailors or Marines were diagnosed with a condition but did not meet the strict "Properly Referred Policy" requirements, thereby preventing these conditions from being adequately evaluated because they were not "properly referred" to the PEB.

As described in Plaintiff's Memorandum of Points and Authorities in Support of this Motion, the Navy's "Properly Referred Policy" violated the Administrative Procedure Act. Specifically, the Navy's conduct in developing and administering its Properly Referred Policy was arbitrary and capricious, constituted an abuse of discretion, and was otherwise not in accordance with law. The Navy's conduct denied Class Members the full and fair determination guaranteed by law as to whether they are entitled to military medical retirement.

With this Motion, Plaintiff also supplements the Administrative Record previously filed in this matter. Co-counsel National Veterans Legal Services Program filed a FOIA request for documents related to the Navy's Properly Referred Policy. The supplement to the Administrative Record consists of eighteen (18) pages received from the Navy as a result of this FOIA request.

154739490.1

Counsel for the Parties met and conferred about this supplement to the Administrative Record, and these eighteen pages are filed herewith without objection.

WHEREFORE, Plaintiff respectfully moves this Court for an order granting summary judgment in favor of Plaintiff and the certified Class.

****

Respectfully submitted,

DATED this 15th day of December 2021.

| | |
|---|---|
| Barak Cohen (DC Bar No. 248945) | Barton Stichman (DC Bar No. 218834) |
| Donald J. Friedman (DC Bar No. 413701) | David Sonenshine (DC Bar No. 496138 |
| Perkins Coie LLP | Rochelle Bobroff (DC Bar No. 420892) |
| 700 Thirteenth Street, N.W., Suite 800 | Esther Leibfarth  (DC Bar No. 1016515) |
| Washington, D.C.  20005-3960 | National Veterans Legal Services Program |
| Phone:  202.654.6200 | 1600 K Street, N.W. Suite 500 |
| Fax:     202.654.6211 | Washington, DC 20006-2833 |
| BCohen@perkinscoie.com | Phone:   202.265.8305 |
| DFriedman@perkinscoie.com | Fax:      202.223.9199 |
| | Bart@nvlsp.org |
| David P. Chiappetta (DC Bar No. 474748) | David@nvlsp.org |
| Perkins Coie LLP | Rochelle@nvlsp.org |
| 505 Howard Street, Suite 1000 | Esther@nvlsp.org |
| San Francisco, CA  94105-3204 | |
| Phone:  415.344.7000 | |
| Fax:     415.344.7050 | |
| DChiappetta@perkinscoie.com | |

Geoffrey A. Vance
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Phone:  312.324.8400
Fax:     312.324.9400
GVance@perkinscoie.com

   *s/ Thomas J. Tobin*
Thomas J. Tobin (DC Bar No. 1049101)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:     206.359.9000
TTobin@perkinscoie.com

*Attorneys for Plaintiff Oscar Torres*
*Class Counsel*