UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR D. TORRES, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CARLOS DEL TORO, in his official capacity as Secretary of the Navy, United States of America,<br><br>  Defendant. | Civil Action No. 1:21-cv-306-RCL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Oscar D. Torres, on behalf of himself and all others similarly situated, and Defendant Carlos Del Toro, in his official capacity as Secretary of the Navy, hereby submit this Stipulation of Dismissal. On April 21, 2023, Plaintiffs served notice on the parties and the clerk of court for the United States District Court for the District of Columbia accepting Defendant's Offer of Judgment dated April 18, 2023, in full resolution of any and all claims by the Plaintiffs for attorney's fees and costs in this action (including "fees on fees"). ECF No. 73. There being no further issues in dispute between the parties, Plaintiffs and Defendant hereby stipulate and agree to the dismissal of this action with prejudice, pending the entry of judgment by the clerk.

2

| | |
|---|---|
| Dated: April 21, 2023 | Respectfully submitted, |

| | |
|---|---|
| Barak Cohen (DC Bar No. 248945)<br>Donald J. Friedman (DC Bar No. 413701)<br>Perkins Coie LLP<br>700 Thirteenth Street, N.W., Suite 800<br>Washington, D.C.  20005-3960<br>Phone:  202.654.6200<br>Fax:     202.654.6211<br>BCohen@perkinscoie.com<br>DFriedman@perkinscoie.com | Barton Stichman (DC Bar No. 218834)<br>Rochelle Bobroff (DC Bar No. 420892)<br>Esther Leibfarth  (DC Bar No. 1016515)<br>National Veterans Legal Services Program<br>1100 Wilson Blvd, Suite 900<br>Arlington, VA 22209<br>Phone: 202.265.8305<br>Facsimile: 202.223.9199<br>Bart@nvlsp.org<br>Rochelle@nvlsp.org<br>Esther@nvlsp.org |

David P. Chiappetta (DC Bar No. 474748)
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Phone:  415.344.7000
Fax:     415.344.7050
DChiappetta@perkinscoie.com

Geoffrey A. Vance
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Phone:  312.324.8400
Fax:     312.324.9400
GVance@perkinscoie.com

    *s/ Thomas J. Tobin*
Thomas J. Tobin (DC Bar No. 1049101)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:     206.359.9000
TTobin@perkinscoie.com

*Attorneys for Plaintiff Oscar Torres*
*Class Counsel*

161898641.2

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel

/s/ *Andrew E. Carmichael*
ANDREW CARMICHAEL
Senior Trial Counsel
STEPHEN EHRLICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-3346
Email: andrew.e.carmichael@usdoj.gov

*Counsel for Defendant*